# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:17-cr-00030-LRH-WGC |
| MELANIE LYNN TAYLOR | ) | |
| | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: United Stated District Court, District of Nevada 400 S. Virginia Street Reno, NV 89501 | Courtroom No.: 2 |
|---|---|
| | Date and Time: 5/5/17 1:30 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 05/04/2017

*Judge's signature*

William G. Cobb, United States Magistrtate Judge

*Printed name and title*



FILED ENTERED RECEIVED SERVED ON COUNSEL/PARTIES OF RECORD

MAY - 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA