# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, ) 3:17-CR-030-LRH-(WGC)
)
    Plaintiff, )
)
v. ) Final Order of Forfeiture
)
MELANIE LYNN TAYLOR and )
PAUL KENNETH MATHESON, )
)
)
    Defendants. )

    The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 492 with Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant MELANIE LYNN TAYLOR to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Indictment and shown by the United States to have the requisite nexus to the offense to which defendant MELANIE LYNN TAYLOR pled guilty. Indictment, ECF No. 1; Change of Plea, ECF No. 37; Plea Agreement, ECF No. 40; Preliminary Order of Forfeiture, ECF No. 42.

    The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) Title 18, United States Code, Section 492 with Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant PAUL KENNETH MATHESON to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Indictment and shown by the

United States to have the requisite nexus to the offense to which defendant PAUL KENNETH MATHESON pled guilty. Indictment, ECF No. 1; Change of Plea, ECF No. 36; Plea Agreement, ECF No. 38; Preliminary Order of Forfeiture, ECF No. 42.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from October 4, 2017, through November 2, 2017, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 43.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 492 with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. HP Photosmart Printer/Scanner, Model 6520, serial number TH44T5704W and
2. peripheral equipment.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

/ / /

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies
2 of this Order to all counsel of record.
3  DATED this 11th day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE